**Property:** 2425 Chamberlayne Ave  **Parcel ID:** N0000632018

### Parcel
- **Street Address:** 2425 Chamberlayne Ave Richmond, VA 23222-4205
- **Owner:** LAWRENCE KIM B
- **Mailing Address:** 12384 MECHUMPS CREEK LN, ASHLAND, VA 23005
- **Subdivision Name:** BATTERY COURT ADD
- **Parent Parcel ID:**
- **Assessment Area:** 430 - North Side
- **Property Class:** 432 - B Vehicle Service/Car Wash
- **Zoning District:** B-3 - Business (General Business)
- **Exemption Code:** -

### Current Assessment
- **Effective Date:** 01/01/2017
- **Land Value:** $119,000
- **Improvement Value:** $119,000
- **Total Value:** $238,000
- **Area Tax:** $0
- **Special Assessment District:** None

### Land Description
- **Parcel Square Feet:** 19024
- **Acreage:** 0.437
- **Property Description 1:** BATTERY COURT ADD L7-8
- **Property Description 2:** 0114.00X0182.11 IRG0000.000
- **State Plane Coords( ?<#> ):** X= 11789103.499992 Y= 3731163.170710
- **Latitude:** 37.56546328 , **Longitude:** -77.44366808

### Description
- **Land Type:** Primary Commercial/Indust Land
- **Topology:**
- **Front Size:** 114
- **Rear Size:** 182
- **Parcel Square Feet:** 19024
- **Acreage:** 0.437
- **Property Description 1:** BATTERY COURT ADD L7-8
- **Property Description 2:** 0114.00X0182.11 IRG0000.000
- **Subdivision Name:** BATTERY COURT ADD
- **State Plane Coords( ?<#> ):** X= 11789103.499992 Y= 3731163.170710
- **Latitude:** 37.56546328 , **Longitude:** -77.44366808

### Other
- **Street improvement:**
- **Sidewalk:**

## Assessments

| Assessment Year | Land Value | Improvement Value | Total Value | Reason |
|---|---|---|---|---|
| 2017 | $119,000 | $119,000 | $238,000 | Reassessment |
| 2016 | $119,000 | $119,000 | $238,000 | Reassessment |
| 2015 | $114,000 | $120,000 | $234,000 | Reassessment |
| 2014 | $114,000 | $116,000 | $230,000 | Reassessment |
| 2013 | $114,000 | $116,000 | $230,000 | Reassessment |
| 2012 | $114,000 | $116,000 | $230,000 | Reassessment |
| 2011 | $127,000 | $103,000 | $230,000 | CarryOver |
| 2010 | $127,000 | $103,000 | $230,000 | Reassessment |
| 2009 | $127,200 | $103,000 | $230,200 | Reassessment |
| 2008 | $127,200 | $102,100 | $229,300 | Reassessment |
| 2007 | $127,200 | $102,100 | $229,300 | Reassessment |
| 2006 | $123,500 | $94,500 | $218,000 | Reassessment |
| 2005 | $190,000 | $85,900 | $275,900 | Reassessment |
| 2004 | $172,700 | $81,800 | $254,500 | Reassessment |

## Transfers

| Transfer Date | Consideration Amount | Grantor Name | Deed Reference | Verified Market Sale Description |
|---|---|---|---|---|
| 02/23/2017 | $225,000 | LAWRENCE OLIVER C | ID2017-3701 | |
| 10/07/1997 | $130,000 | Not Available | 09700-22061 | |
| 10/05/1997 | $130,000 | Not Available | 000374-01948 | |
| 01/24/1973 | $0 | Not Available | 000681-C00008 | |

## Planning

Master Plan Future Land Use: MU
Zoning District: B-3 - Business (General Business)
Planning District: North
Traffic Zone: 1022
City Neighborhood Code: NBHG
City Neighborhood Name: Northern Barton Heights
Civic Code: 4001
Civic Association Name: Battery Park Civic Association
Subdivision Name: BATTERY COURT ADD
City Old and Historic District:
National historic District:
Neighborhoods in Bloom:
Redevelopment Conservation Area:

## Economic Development

Care Area: - Lombardy/Chamberlayne
Enterprise Zone: III

## Environment

100 YEAR Flood Plain Flag: Data Not Available. Contact Zoning at 646-6340.
500 YEAR Flood Plain Flag: Data Not Available. Contact Zoning at 646-6340.
Resource Protection Flag: Data Not Available. Contact Zoning at 646-6340.
Wetland Flag: Data Not Available. Contact Zoning at 646-6340.

## Census

| Census Year | Block | Block Group | Tract |
|---|---|---|---|
| 2000 | 2005 | 0111002 | 011100 |
| 1990 | 205 | 0111002 | 011100 |