**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**In Re: OLIVER LAWRENCE,**

           **Debtor(s)**           **Case No. 17-30339-KRH**
                                       **Chapter 13**

**MOTION TO DISMISS**

      NOW COMES the Debtor(s), **OLIVER LAWRENCE**,  by counsel, pursuant to 11 U.S. C. Sec. 1307(b) and requests dismissal of this Chapter 13 Bankruptcy Petition.  This case has not been converted to Chapter 13 from any other Chapter.

**OLIVER LAWRENCE**

           By /s/ Aubrey F. Hammond, Jr.
             Aubrey F. Hammond, Jr., Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I certify that a true copy of the foregoing Motion to Dismiss has been sent via the courts electronic filing system to the U.S. Trustee, Carl M. Bates, standing Chapter 13 Trustee and all necessary parties in interest on March 6, 2017.

           /s/ Aubrey F. Hammond, Jr.
           Aubrey F. Hammond, Jr., VSB# 28256
           16 North 8th Street, First Floor
           Richmond, VA 23219
           (804)644-2546

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**In Re: OLIVER LAWRENCE,**

                **Debtor(s)**                **Case No. 17-30339-KRH
Chapter 13**

<u>**PROPOSED ORDER TO DISMISS**</u>

UPON consideration of the motion of **OLIVER LAWRENCE**, Debtor(s), pursuant to 11 U.S.C. Sec. 1307(b) to enter an Order dismissing this case and closing the estate as soon as practicable, and

IT APPEARING that this Chapter 13 case has not been converted to Chapter 13 from another chapter of the Bankruptcy Code, it is therefore,

ORDERED that this Chapter 13 case is hereby dismissed and this case shall be closed by the Clerk of this Court as soon as practicable; and it is further

ORDERED that the dismissal of this case shall revest the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.

If the Debtor has been making payments by payroll deduction, the employer as set forth in the order for payroll assignment, shall cease any payroll deductions for the benefit of the Chapter 13 trustee.

Date:_____        By_____

                                           U.S. Bankruptcy Judge

Dated Docketed

_____

I ask for this:

/s/ Aubrey F. Hammond, Jr.
Counsel for Debtor
Aubrey F. Hammond, Jr., VSB # 28256
16 North 8th Street, First Floor
Richmond, VA  23219
(804) 644-2546

## **CERTIFICATE OF ENDORSEMENT**

I hereby certify that this Order has been endorsed by all necessary parties.

/s/Aubrey F. Hammond, Jr.


Copies to:


Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218-0000

Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219-1885

Oliver Lawrence
12384 Mechumps Creek Lane
Ashland, VA  23005