**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
|    Oliver Lawrence ) | |
|    Debtor ) | Case No.   17-30339-KRH |
| ) | Chapter 13 |
| ) | |

**RESPONSE TO MOTION FOR VOLUNTARY DISMISSAL BY DEBTOR**

COMES NOW, your Chapter 13 Trustee, by Counsel, and responds to Debtor's Motion for Voluntary Dismissal as follows:

1. The debtor's case was filed on January 24, 2017.

2. Though having knowledge of the 341 hearing, the debtor failed to appear at the 341 hearing.  There were two creditors representing themselves and two counsels for a creditor present.

3. Based upon information in the Trustee's Motion to Convert, and based upon information in the U.S. Trustee's Motion to Convert, this case needs to be converted to a Chapter 7 case, and not dismissed to allow a Chapter 7 Trustee to examine assets, and transfers made by the debtor.

4. The debtor is acting in bad faith by filing a Motion to Dismiss, and failing to disclose all correct information on his bankruptcy schedules filed in the case.

5. The debtor in *Gorman v. Abebe*, 23012 WL 6965718 (E.D. Va. 2012) filed a Motion to Sell Real Estate for Short Sale, but it was discovered that she would receive an amount of $25,000.00 of the proceeds.  The debtor and Trustee came to an agreement that the debtor would receive $6,000.00, and the Trustee would receive $19,000.00 for distribution to creditors of the debtor.  After the sale, the debtor moved for Voluntary Dismissal of her case under 1307 (b).  The Trustee lost on his Motion to Vacate the Dismissal at the Bankruptcy Court level, and appealed to the District Court, which reversed the Bankruptcy Court's ruling and held that the right to dismiss is not absolute, and is only absolute as to good faith debtors.   The District Court cited *Marrama v. Citizens Bank of Massachusetts*, 549 U.S. 365 (2007) stating "that a debtor is no longer entitled to seek benefits under the code where the debtor has tried to take advantage of the Bankruptcy forum".

6. The debtor *in In Re Criscuolo*, 2014 WL 1910078, received a substantial $1 million earning for one year during the course of his plan, and concealed that from the Trustee.  The Trustee moved to dismiss the case with prejudice, and to retain and disburse a large

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

sum received in the amount of $70,000.00 tendered to the Trustee under an unconfirmed modified plan term. Based upon *In Re Abebe*, and *In Re Mitrano*, 472 B.R. 706 (E.D. Va. 2012),  (In the case of *In Re Mitrano*, the debtor acted in bad faith, and was untruthful in his schedules filed, and his case was dismissed with prejudice barring refiling against unsecured claimholders per the claims filed), the Court held that while the Trustee had to return the large sum, with deduction of administrative expenses, due to the lack of a confirmed plan or other order directing the debtor pay the $70,000.00 funds to the Trustee, the Trustee's Motion to Dismiss with prejudice was granted stating "that the Court retained the authority to sanction a debtor for bad faith conduct as long as the sanctions do not contravene any explicit provisions of the Bankruptcy Code".

WHEREFORE, the Chapter 13 Trustee respectfully requests that the Court deny the debtor's Motion to Voluntarily Dismiss.

        Carl M. Bates
        Chapter 13 Trustee
        BY COUNSEL:
        /s/Susan H. Call
        Susan H. Call

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2017, a copy of the foregoing Response was electronically transmitted and/or mailed, first class mail, postage prepaid, to Debtor, Oliver Lawrence, at 12384 Mechumps Creek Lane, Ashland, VA; to Aubrey F. Hammond, Jr., Esquire, at aubreyhammond@netscape.net, Counsel for the Debtor, and to all necessary parties in interest.

        /s/ Susan H. Call
        Susan H. Call, VSB #34367
        Staff Counsel for Carl M. Bates,
        Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **IN RE:** ) | |
|     **Oliver Lawrence** ) | |
|     **Debtor** ) | **Case No.   17-30339-KRH** |
| ) | **Chapter 13** |
| ) | |

**NOTICE OF RESPONSE AND NOTICE OF HEARING**

The Chapter 13 Trustee has filed papers with the Court to request a hearing on the Debtor's Voluntary Motion to Dismiss.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

**File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.**

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA 23219

You must also mail a copy to:

    Susan H. Call
    Counsel for Carl M. Bates
    Chapter 13 Trustee
    P. O. Box 1890
    Richmond, Virginia 23218-1780

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

**Attend the Hearing scheduled to be held on <u>March 29, 2017</u>, at <u>11:30 A.M.</u>, at the U.S. Bankruptcy Court, 701 East Broad Street, Room <u>5000</u>, Richmond, Virginia, 23219.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

<u>s/ Susan H. Call</u>
Susan H. Call, VSB #34367

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served by first-class mail, postage prepaid, March 6, 2017, to Oliver Lawrence, at 12384 Mechumps Creek Lane, Ashland, VA; to Aubrey F. Hammond, Jr., Esquire, at aubreyhammond@netscape.net, Counsel for the Debtor, and to all necessary parties in interest.

<u>/s/ Susan H. Call</u>
Susan H. Call, VSB #34367
Staff Counsel for Carl M. Bates,
Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 17-30339-KRH<br>Eastern District of Virginia<br>Richmond<br>Thu Mar  2 14:55:23 EST 2017 | Synchrony Bank c/o PRA Receivables Managemen<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| AllianceOne<br>PO Box 3102<br>Southeastern, PA 19398-3102 | Alvina E. L. Manuel<br>4911 Wood Thrush Cir<br>Apt. 101<br>Henrico, VA 23231-2833 | American Express<br>PO Box 981537<br>Attn: Bankruptcy Dept.<br>El Paso, TX 79998-1537 |
| Barclays Bank Delaware<br>125 S. West Street<br>Wilmington, DE 19801-5014 | Beach Receivables Company, LLC<br>c/o Charles A. Gavin<br>1409 Eastridge Rd<br>Henrico, VA 23229-5501 | Capital One Bank<br>P.O. Box 71083<br>Attn: Bankruptcy Dept.<br>Charlotte, NC 28272-1083 |
| Citibank South Dakota NA<br>c/o Glasser and Glasser<br>PO Box 3400<br>Norfolk, VA 23514-3400 | City of Richmond<br>Div. of Tax Collection<br>P.O. Box 26624<br>Richmond, VA 23261-6624 | City of Richmond - Dept. of Public Utilities<br>730 E. Broad Street, 5th Floor<br>Richmond, Va 23219-1861 |
| Credit One<br>P.O. Box 625<br>Attn: Bankruptcy Dept.<br>Metairie, LA 70004-0625 | DEPARTMENT OF THE TREASURY - IRS<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | First Capital Bank<br>c/o J. P. McGuire Boyd, Jr.,<br>200 South 10th Street<br>Richmond, VA 23219-4091 |
| First Data Global Leasing<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 | Fox Head Homeowners Assn<br>c/o Solodar and Solodar<br>11504 Allecingie Pkwy #100<br>Richmond, VA 23235-4317 |
| Ivon M. Gomez<br>4200 Balmoral Avenue<br>#4833<br>Henrico, VA 23228-3667 | Jose A. Juarez<br>4119 Townhouse Road<br># J<br>Henrico, VA 23228-5316 | Luis F. Huerta<br>9210 Greenford Dr<br>Henrico, VA 23294-5712 |
| Luis Francisco Huerta, et al<br>c/o Robert F. Redmond, Jr. Esq<br>PO Box 1320<br>Richmond, VA 23218-1320 | Luis M. Gomez<br>4507 Watchspring Drive<br>Richmond, VA 23234-6129 | Maynor M. M. Bonilla<br>418 Melmark Court<br>Richmond, VA 23225-6030 |
| Queen Harris<br>c/o Dale W. Pittman, Esq<br>112-A W. Tabb St<br>Petersburg, VA 23803-3212 | Queen Harris<br>c/oThomas D. Domonoske, Esq<br>763 J. Clyde Morris Blvd, #1A<br>Newport News, VA 23601-1533 | Rena Maldonado<br>2429 Vandover Rd<br>Henrico, VA 23229-3035 |
| Rosa Yesenia Miranda<br>3303 Fox Chase Drive<br>Midlothian, VA 23112-4415 | Sherman Hubert Company, LLC<br>c/o Charles Gavin<br>1409 Eastridge Road<br>Henrico, VA 23229-5501 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| Towne Bank<br>6001 Harbour View Blvd<br>Suffolk, VA 23435-2767 | (p)VIRGINIA DEPARTMENT OF TAXATION<br>P O BOX 2156<br>RICHMOND VA 23218-2156 | Yvette Taylor<br>1214 Claiborne Street<br>Richmond, VA 23220-6474 |
| Yvonne Taylor<br>2542 Whitcomb Street<br>Richmond, VA 23223-3856 | Aubrey F. Hammond Jr.<br>16 North 8th Street<br>First Floor<br>Richmond, VA 23219-3302 | Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218-1819 |
| Oliver Lawrence<br>12384 Mechumps Creek Lane<br>Ashland, VA 23005-7838 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Focused Recovery Solutions<br>9701 Metropolitan Court<br>Suite B<br>Richmond, VA 23236-0000 | VA Department of Taxation<br>P.O. Box 1115<br>Attn: Bankruptcy Dept.<br>Richmond, VA 23218-0000 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Fireman's Fund Insurance Co.<br>c/o Eliades Law Firm PLLC<br>731 W. Broadway<br>MS 38600-0000 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     1<br>Total                  37 |