Aubrey F. Hammond, Jr., VSB# 28256
16 North 8th Street, First Floor
Richmond, VA 23219
(804)644-2546
Counsel for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE:      OLIVER LAWRENCE,
                    Debtor                    Case No. 17-30339-KRH
                                              Chapter 7

### MOTION TO WITHDRAW AS COUNSEL

NOW COMES Aubrey F. Hammond, Jr., counsel for the Debtor, Oliver Lawrence, and requests permission to withdraw as counsel for the Debtor. In support of which Counsel states that Debtor has not provided Counsel with information pertinent to this case and thus Counsel is impaired in his ability to represent the Debtor. Additionally, Counsel believes that Debtor should retain an experienced trial attorney given the litigation matters that may arise in this case.

WHEREFORE, Aubrey F. Hammond, Jr. respectfully requests that he be allowed to withdraw as counsel for the Debtor.

**RESPECTFULLY SUBMITTED**
**AUBREY F. HAMMOND, JR.**

By: /s/ Aubrey F. Hammond, Jr.
Attorney for Debtor(s)

### PROOF OF SERVICE

I hereby certify that on the 29th day of March, 2017, I mailed, with first class postage prepaid, a true copy of this Motion to all parties on the attached list.

/s/ Aubrey F. Hammond, Jr.
Aubrey F. Hammond, Jr.

Aubrey F. Hammond, Jr.,( VSB # 28256)
16 North 8th Street, First Floor
Richmond, VA  23219

(804) 644-2546
Counsel for the Debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

IN RE:    OLIVER LAWRENCE,
                    Debtor(s)                    Case No. 17-30339-KRH
                                                 Chapter 7

**NOTICE OF MOTION AND**
**NOTICE OF HEARING**

The Debtor has filed papers with the court to withdraw as counsel of record.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must file a response with the Clerk's Office, U.S. Bankruptcy Court, 701 E. Broad Street, Richmond, VA 23219 within 14 days of the date of the service of this Notice.

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to the attorney for the debtor and to the Chapter 13 Trustee:

Address of attorney for the debtors:    Aubrey F. Hammond, Jr.
                                        16 North 8th Street, First Floor
                                        Richmond, VA 23219
                                        (804) 644-2546

Attend a hearing scheduled for April 19 at 12:00 p.m. at the U.S. Bankruptcy Court, 701 East Broad Street, Courtroom 5000, Richmond, VA 23219. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested

Date: March 29, 2017

                            /s/ Aubrey F. Hammond, Jr.
                            Aubrey F. Hammond, Jr., VSB# 28256
                            16 North 8th Street, First Floor
                            Richmond, VA 23219

**PROOF OF SERVICE**

The undersigned hereby certifies that on the 29th day of March, 2017, the foregoing Notice was served upon the standing trustee, all creditors, and other interested parties by electronic means

or by mailing a complete copy of the Notice to each party, by first-class mail.

/s/ Aubrey F. Hammond, Jr.

Service Matrix:

1901 1905 Whitcomb Street LLC
c/o Leclair Ryan
919 E. Main Street
Richmond, VA 23219-0000

8409 Staples Mill Rd LLC
c/o Christopher L. Perkins, Esq
951 E. Byrd Street, #8
Richmond, VA 23219-0000

Alfred Winfield
c/o Chris Bernhardt, Esq.
951 E. Byrd St., East Tower
Richmond, VA 23219-0000

AllianceOne
PO Box 3102
Southeastern, PA 19398-0000

Alvina E. L. Manuel
4911 Wood Thrush Cir
Apt. 101
Henrico, VA 23231-0000

American Express
PO Box 981537
Attn: Bankruptcy Dept.
El Paso, TX 79998-0000

Banita Saffore
5600 Crenshaw Road
Richmond, VA 23227-0000

Barclays Bank Delaware
125 S. West Street
Wilmington, DE 19801-5014

Beach Receivables Company, LLC
c/o Charles A. Gavin
1409 Eastridge Rd
Henrico, VA 23229-0000

Capital One Bank
P.O. Box 71083
Attn: Bankruptcy Dept.
Charlotte, NC 28272-0000

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218-0000

Caudle & Caudle, PC
3123 W. Broad Street
Richmond, VA 23230-0000

Cavalier Telephone
PO Box 11146
Richmond, VA 23230-0000

Citibank South Dakota NA
c/o Glasser and Glasser
PO Box 3400
Norfolk, VA 23510-0000

City of Richmond
Div. of Tax Collection
P.O. Box 26624
Richmond, VA 23261-0000

City of Richmond
Dept. of Public Utilities
900 E. Broad Street
Richmond, VA 23219-0000

City of Richmond
600 East Broad Street
Attn: Dept. of Economic Dev.
Richmond, VA 23219-0000

Credit One
P.O. Box 625

Attn: Bankruptcy Dept.  
Metairie, LA 70004-0000

Deutsche Bank Trust Co Tr  
c/o Nolan Miroz & McCormick  
2301 Gallows Road, Ste.200  
Dunn Loring, VA 22027-0000

Fireman's Fund Insurance Co.  
c/o Eliades Law Firm PLLC  
731 W. Broadway  
MS 38600-0000

First Capital Bank  
c/o J. P. McGuire Boyd, Jr.,  
200 South 10th Street  
Richmond, VA 23219-0000

First Data Global Leasing  
c/o American Infosource LP  
PO Box 248838  
Oklahoma City, OK 73124-8838

Focused Recovery Solutions  
9701 Metropolitan Court  
Suite B  
Richmond, VA 23236-0000

Fox Head Homeowners Assn  
c/o Solodar and Solodar  
11504 Allecingie Pkwy #100  
Richmond, VA 23235-0000

Internal Revenue Service  
P.O. Box 7346  
Philadelphia, PA 19101-7346

Ivon M. Gomez  
4200 Balmoral Avenue  
#4833  
Henrico, VA 23228-0000

Jameka Hill  
100 Ruth Harris Way  
Hopewell, VA 23860-0000

Jose A. Juarez  
4119 Townhouse Road  
# J  
Henrico, VA 23228-0000

Kiesha R. Martin  
c/o Hull Street Law  
1010 Hull Street  
Richmond, VA 23224-0000

Luis F. Huerta  
9210 Greenford Dr  
Henrico, VA 23294-0000

Luis Francisco Huerta, et al  
c/o Robert F. Redmond, Jr. Esq  
PO Box 1320  
Richmond, VA 23218-0000

Luis M. Gomez  
4507 Watchspring Drive  
Richmond, VA 23234-0000

Maynor M. M. Bonilla  
418 Melmark Court  
Richmond, VA 23225-0000

Napa Genuine Parts Company  
1601 Chamberlayne Avenue  
Richmond, VA 23222-0000

Office of the U.S. Trustee  
701 East Broad Street  
Suite 4304  
Richmond, VA 23219-1885

Petersburg Commonwealth Att.  
150 N. Sycamore Street  
Petersburg, VA 23803-0000

Petersburg GDC  
35 E. Tabb Street  
Petersburg, VA 23803-0000

Queen Harris  
c/o Thomas D. Domonoske, Esq  
763 J. Clyde Morris Blvd, #1A  
Newport News, VA 23606-0000

Queen Harris
c/o Dale W. Pittman, Esq
112-A W. Tabb St
Petersburg, VA 23803-0000

Rena Maldonado
2429 Vandover Rd
Henrico, VA 23229-0000

Ricky Jones
3035 Montrose Avenue
Richmond, VA 23222-0000

Rosa Yesenia Miranda
3303 Fox Chase Drive
Midlothian, VA 23112-0000

Sherman Hubert Company, LLC
c/o Charles Gavin
1409 Eastridge Road
Henrico, VA 23229-0000

Somers M. Wilton Real Estate
c/o Duane Deskevich
1409 Eastridge Road
Henrico, VA 23229-0000

StanCorp Mortgage Investors
19225 NW Tanasbourne Drive
3rd Floor
Hillsboro, OR 97124-0000

Tammy Quick
3321 2nd Avenue
Richmond, VA 23222-0000

Towne Bank
6001 Harbour View Blvd
Suffolk, VA 23435-0000

VA Department of Taxation
P.O. Box 1115
Attn: Bankruptcy Dept.
Richmond, VA 23218-0000

Village Bank
c/o Erin Kessell, Esq.
PO Box 1555
Richmond, VA 23218-0000

Virginia Eye Institute
400 Westhampton Station
Richmond, VA 23226-0000

Wayne Spencer
c/o Rothenberg Streeter
3412 Cutshaw Avenue
Richmond, VA 23230-0000

Yvette Taylor
1214 Claiborne Street
Richmond, VA 23220-0000

Yvonne Taylor
2542 Whitcomb Street
Richmond, VA 23223-0000